IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND and ZURICH AMERICAN INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| DOUGLAS ASPHALT COMPANY, JOEL SPIVEY, and RONNIE SPIVEY, | : | |
| Defendants. | : | NO. CV507-42 |

**ORDER**

Having found no just reason for delay, the Court hereby directs the Clerk to enter judgment consistent with the Court's July 16, 2008 Order granting partial summary judgment in favor of Plaintiffs, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, and against Defendants, Douglas Asphalt, Joel Spivey, and Ronnie Spivey, jointly and severally, in the amount of $620,307.57, plus pre-judgment interest, attorneys' fees, costs, and expenses. Plaintiffs shall have 30 days from the date the Court issues its final ruling following the trial in this matter to file a motion as to the amount of attorneys' fees, costs, and expenses.

**SO ORDERED** this 1 day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA